Amy Joseph Pedersen
ajpedersen@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

FILED'06 AUG 22 15:43 USDC-ORP

    Attorneys for Plaintiff United HealthCare Services, Inc.

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED HEALTHCARE SERVICES, INC., a Minnesota corporation,<br><br>    Plaintiff,<br><br>v.<br><br>KAY HALL, an Oregon resident<br><br>    Defendant. | Civil No. CV06-1151-BR<br><br>**STIPULATED TEMPORARY RESTRAINING ORDER** |

    Plaintiff United HealthCare Services, Inc. ("United HealthCare") and defendant Kay Hall, having conferred about plaintiff's Motion for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction Should Not Issue (the "Motion"), hereby agree that a temporary restraining order may be issued.

    THEREFORE, based upon the stipulation of the parties, it is hereby ORDERED:

    1.    Defendant waives personal service of this order and the order is effective upon entry;

TEMPORARY RESTRAINING ORDER - 1
Seattle-3334584.1 0036570-00001

STOEL RIVES LLP
ATTORNEYS
600 University Street, Suite 3600, Seattle, WA 98101-3197
Telephone (206) 624-0900

preliminary injunctive relief identical to the temporary injunctive relief ordered in paragraph 2 above until such time as this matter may be tried on the merits.

DATED this 22nd day of August, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

It is so stipulated:

STOEL RIVES LLP

_____
AMY JOSEPH PEDERSEN, OSB #85395
Telephone: (503) 224-3380

Attorneys for Plaintiff

BARRAN LIEBMAN LLP

_____
ROBERT LANE CAREY, OSB #87186
KRISTIN L. BREMER, OSB #03274
Telephone: (503) 228-0500

Attorneys for Defendant

TEMPORARY RESTRAINING ORDER - 3